**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KRISNA CLARK,
ADC #136132                                                                                          PLAINTIFF

v.                                       No. 1:15CV00110-JLH-JTK

BRIAN A. SIGHTS, et al.                                                                        DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 9) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice, for failure to exhaust.

All pending motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 22nd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE