IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISNA CLARK,
ADC #136132                                                                                           PLAINTIFF

v.                                            No. 1:15CV00110-JLH-JTK

BRIAN A. SIGHTS, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to exhaust. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE